ACCEPTED
01-14-00116-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/10/2015 10:15:10 AM
CHRISTOPHER PRINE
CLERK

## IN THE FIRST COURT OF APPEALS FOR THE STATE OF TEXAS

| | | |
|---|---|---|
| Benedict Emesowum | ) | |
| Appellant | ) | Case No: 01-14-00116-CR |
| vs. | ) | |
| State of Texas | ) | |
| Appellee | ) | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/10/2015 10:15:10 AM
CHRISTOPHER A. PRINE
Clerk

## MOTION FOR REHEARING

Now comes Appellant and timely motions this Court of Appeals for a rehearing of his appeal pursuant to TRAP 49.1 et seq. In this Court's memorandum opinion, the court stated that "[Appellant] has made no arrangements to supply a court reporter's record to the Court", "we cannot determine their merits without a reporter's record detailing what actually occurred in the courtroom. It is Emesowum's burden to request and pay for a reporter's record." "Because he has failed to do so, we overrule these issues". Plaintiff will show that this court erred in its opinion and should reconsider hearing this case.

## POINTS TO SUPPORT A REHEARING

1.) **Appellant Made Arrangements to supply a court reporter's record**: In spite of Appellant being unjustly denied the court reporter's record without prepayment, Appellant was able to obtain some funding and requested a partial record from the court reporter, Bonnie Rodriguez. Upon making arrangements and payment, rather than the court reporter providing the transcript, she eloped with the money. Appellant made numerous attempts by phone and in person (at County Criminal Court House both in Court 10 and at the Office of Court Administration) to contact Ms. Rodriguez. Appellant requested Ms. Rodriguez's personal contact information from the Court coordinator (Marvin Rodriguez) of Harris County Criminal Court 10 (HCCC 10) and other employees of HCCC 10 but they all claimed to have no knowledge of her contact information. Upon request of Ms. Rodriguez's contact info from the Office of Court

Administration at the Harris County Courthouse, Appellant was provided Ms. Rodriguez's phone number and email addresses. Appellant called Ms. Rodriguez several times but was never able to reach her nor receive a call back. Appellant also emailed Ms. Rodriguez several times but got no reply (**See Exhibit A**). Appellant eventually contacted the Court Reporters Certification Board for assistance with current contact information for Ms. Rodriguez. The Certification office provided the same contact information as provided by Harris County Office of Court Administration. Appellant nevertheless tried those same numbers and contact information to no avail. Appellant proceeded to file a complaint with the Court Reporters Certification Board against Ms. Rodriguez.

Given that for no fault of Appellant, Appellant was unable to obtain partial records in spite of making proper arrangements and payment prior to the Court rendering its opinion, the Court should rehear this case. The Courts and Court administration is also at fault for not providing a proper mechanism for obtaining transcripts from court reporters who may no longer be working at the Courthouse; litigants need to be able to request and retrieve transcripts whether or not the Court reporter no longer works at the court where he/she hitherto collected the record. Appellant motions this court for an order to Ms. Bonnie Rodriguez to provide all transcripts for this case's pretrial, trial, and post-trial hearings.

**2.) Other Matters of Review Not on The Transcript Were not Reviewed:** In filing a motion for new trial, Appellant presented new evidence supporting his motion for new trial which included documentation presented to this Court of Appeals showing that:

   i.)   The alleged witnesses provided erroneous testimony as to the identity of who the alleged assailant was that did not match the identity of Appellant (**Exhibit B**).

Witness#1 **Matt Kokott** said the alleged assailant had "dreadlocks" but appellant does not and has never worn "dreadlocks".

Witness#2 **Joshua Grace** stated that the alleged assailant attacked complainant by hitting her with right hand to her left cheek, a description that is not readily possible as a right hand is most likely going to hit a right cheek. Moreover during the trial he stated he did not see the assailant hit complainant.

Witness#3 **Andy** stated that he did not see assailant punch complainant. This witness also gave complainant $300.00. The court prevented Plaintiff from bringing this into evidence and this is a further i=sign of complainant being paid to conspire and incriminate Appellant.

ii.) The alleged complainant testified to a police officer a few days later that she was not assaulted by Appellant. (**Exhibit B**).

iii.) The investigating officer D.R. Daniel fabricated injuries and apparently suborned testimony from complainant. (**Exhibit C**). These injuries were orally obtained 6 days after the alleged incident and were similar to previous injuries between alleged complainant and her ex-boyfriend one Omolulu Omogbemi.

## CONCLUSION

Based on the arguments and evidence provided, Appellant respectfully requests the Court to realize its error in issuing its opinion and rehear this case based on the evidence provided and upon Appellant and the Court receiving the transcripts of the case in the interest of justice.

Sincerely,

Benedict Emesowum, MPH
P.O. BOX 53911
Houston, TX 77052

# EXHIBIT A



**YAHOO!**
MAIL

Search     Search Mail    Search Web

✎ Compose     ↰ ⤺ →   🗑 Delete   Move ⌄   ••• More ⌄     Collapse All ↑ ↓ X

Inbox
Drafts
Sent
Spam
Trash
ˇ Smart Views
   Unread
   Starred
   People
   Social
   Travel
   Shopping
   Finance
> Folders
> Recent

Fw: Transcript (3)     People ⌄

Jul 12

To blb5495@yahoo.com

Hi Bonnie,

Ben here. Called and stopped by the court but good you no longer worked there. Also, you did not leave the transcript I paid for there. Please let me know where and when I can pick it up. You may also send it electronically if you can.

Thanks,
Ben E., MPH

**Reply, Reply All or Forward | More**

Jul 13

To blb5495@yahoo.com

Hi Ms. Bonnie Rodriguez,

I have been calling and this is my second email to try to reach you regarding my records. Please reply to me as soon as possible so I know what is going on or on the status of the transcript I paid $70.00 for.

Thanks,
Ben E., MPH

> Show original message

Sponsored

**State Farm**

Do a Discount
Double Check ®.
Get discounts up to
40% on Auto.
Get a Quote



Compose          Delete    Move ∨    Spam ∨    More ∨

Inbox
Drafts
Sent
Spam
Trash
Folders
Recent

request for information no. R12-15-084

**Lesley Ondrechen**                                                Jul 15

Attn: Benedict Emesowum

You requested contact information for "Bonnie Rodriguez, former court recorder [sic] for Harris County Criminal Court No. 10." We have a record of one licensed court reporter named Bonnie Rodriguez, but because the JBCC does not keep licensing records for court reporters by employment, I cannot be sure this is the same individual for whom you are seeking information. Here is the information as it appears on the JBCC website (http://www.txcourts.gov/jbcc/court-reporters-certification/list-of-csrs-crfs.aspx):

Bonnie L. Rodriguez
1278 Nettles Cemetery Rd.
Livingston, TX 77351-7900
936/327-6401
blb5495@yahoo.com

Lesley Martin Ondrechen
Licensing Manager, JBCC-OCA Certification Division
P.O. Box 12066, Austin, Texas 78711-2066
512/475-2873
lesley.ondrechen@txcourts.gov



## JUDICIAL BRANCH CERTIFICATION COMMISSION

## COMPLAINT FORM

**Submit Form To:**
Judicial Branch Certification Commission
Certification Division
PO Box 12066, Austin, TX 78711
(Office) 512-475-4368 (Fax) 512-463-1117

*To file a complaint against a Certified Court Reporter, a Court Reporting Firm, a Certified Guardian, a Certified Process Server or a Licensed Court Interpreter, you must complete this form. The Complainant's identity is not confidential. A copy of the complaint and any related documentation may be forwarded to the Respondent, including your name and contact information. The documents and information provided may be released to the public.*

## COMPLAINANT'S INFORMATION: You, as the complaining party

| | |
|---|---|
| **Name:** | Benedict Emesowum |
| **Mailing Address:** | P.O. BOX 53911 |

| City: | Houston | State: | TX | Zip Code | 77052-3911 |
|---|---|---|---|---|---|
| **Daytime Phone:** | | **Alternate Phone:** | | **Fax:** | |
| **Email:** | | | | | |

## RESPONDENT'S INFORMATION: The person or firm you are complaining about

| | |
|---|---|
| **Name:** | Bonnie Rodriguez |
| **Company or Firm:** | |
| **Mailing Address:** | 1278 Nettles Cemetry Rd. |

| City: | Livingston | State: | TX | Zip Code: | 77351-7900 |
|---|---|---|---|---|---|
| **Phone:** | (936) 327-6401 | **Fax:** | | | |
| **Email:** | BLB5495@YAHOO.COM | | | | |
| **License, Certification, or Registration Number:** | | | | | |

**Please select the Respondent's certification, registration or license type:**

| | | |
|---|---|---|
| ☑ **Court Reporter** | ☐ **Court Reporting Firm** | ☐ **Certified Guardian** |
| ☐ **Certified Process Server** | ☐ **Licensed Court Interpreter** | |

After making a request for partial transcript of a case (1849562), Ms Rodriguez notified me of the cost for that partial record (testimony of the first witness for prosecution). I could not bring her the money order for $70.00 that Thursday 07/02/2015 since she was already on her way out and the following day, Friday, was a holiday just before July 4th, 2015. I told Ms. Rodriguez I will bring the money on Monday July 6th.

On Monday at about noon, I brought the money order (Exhibit 1) to Harris County Criminal Court 10 and saw Ms. Rodriguez. i asked if she had the transcript ready that I have the money here but she said she doesn't that she would need to have the money in her possession before she can prepare the transcript. I gave her the money order and she told me the transcript will be ready on Friday July 10, 2015 and I can come pick it up then.

On Friday July 10, 2015 I called in before coming in and I was told that Ms. Rodriguez no longer worked at the court. I requested the court coordinator Marvin Rodriguez for Bonnie's contact information but he said he did not have it and no one in the court knew her contact info but directed me to the Office of Court Administration on the seventh floor. It was there that I was given Ms. Rodriguez's phone number and email. I called Ms. Rodriguez at the phone number above, 936-327-6401, but it was an empty number that rang unendingly without anyone picking up. I also emailed her numerous times but she never responded.

I proceeded to contact JBCC-OCA requesting current contact info for Ms. Bonnie Rodriguez. Mr. Lesley Ondrechen contacted me and provided me with her home address, phone number, and email all of which match the information given to me by The Office of Court Administration in Harris County (except no home address was provided).Emails attached (Exhibit B).

Since Ms. Rodriguez has my money for the transcript and has declined to respond to my emails or make provisions for me to pick up the transcript I paid for. It is without a doubt that she has eloped with my money without intent to provide the service I have paid for. My only other option is to file this complaint to JBCC to obtain my transcript I paid for and monetary punitive fines against her for this unscrupulous behavior for the time and expenses she has caused me.

This case is cross-listed as 01-14-00116-CR and it is sad and unethical that Ms. Rodriguez would engage in such a detrimental behavior for a transcript that could affect the proper administration of justice.

_____
Complainant's Signature

July 22, 2015
_____
Date

# EXHIBIT B

INTERVIEW OF WITNESS #1, MATT KOKOTT.
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
I WAS IN THE APRON AREA AND THE GIRL WITH A BASKET WENT BY AND TO THE PARKING
AREA (SOUTH EXIT AREA) AND THEN A SKINNY BLACK GUY WITH DREADLOCKS CAME UP TO
HER AND THEY EXCHANGED WORDS AND THE GUY PUNCHED HER WITH HIS RIGHT FIST.  I
WAS ABOUT 50-75 FEET AWAY. HE WAS DARK IN COLOR.

INTERVIEW OF WITNESS #2, JOSHUA GRACE.
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
WE WERE IN THE CANOPY AREA HELPING CUSTOMERS WHEN SHE WENT OUT WITH A BASKET. A
GUY WALKED UP TO HER AND SWUNG AT HER.  HE TOOK HER KEYS. I AM NOT SURE IF HIS
HAND WAS OPEN OR CLOSED BUT HE HIT HER IN THE LEFT CHEEK WITH HIS RIGHT HAND TO
HER FACE. SHE MOVED BACK AND DEFENDED HERSELF. HE WAS WAITING FOR HER IN THE
CARS.


PHONE INTERVIEW OF SUSPECT.
^^^^^^^^^^^^^^^^^^^^^^^^^^^^
I CALLED THE SUSPECT AND HE RETURNED MY CALL. HE STATED THAT HE DID NOT HIT HER
AND THAT HE WAS NOT EVEN AT THE HOME DEPOT. HE STATED HE IS NOT THE PERSON ON
THE VIDEO FROM THE SURVEILLANCE CAMERA.
HE THEN BEGAN TO DISCUSS HIS PROBLEMS WITH THE SEPARATION OF THEIR PROPERTY AND
I CONTINUED ASKING HIM QUESTIONS ABOUT THE ASSAULT AND HE DISCONNECTED THE
CALL.
I CALLED HIM AND LEFT HIM A VOICE MESSAGE (V/M) AND HE DID CALL ME BACK ABOUT
THIRTY MINUTES LATER.
AGAIN HE STATED HE WAS NOT THERE AND I TOLD HIM THAT THERE WERE TWO WITNESSES
AND HE STATED HE WAS NOT THERE.

SEVERAL DAYS LATER HE CALLED ME AND STATED THE COMPLAINANT IS DAMAGING AND
TAKING ITEMS AND HE WANTS TO FILE CHARGES. I TOLD HIM THAT I WORK FAMILY
VIOLENCE AND DIRECTED HIM TO CONTACT THE B&T DIVISION. I ASKED HIM ABOUT THE
ASSAULT AND HE DENIED THAT HE WAS THERE.

FOLLOW UP INVESTIGATION:
^^^^^^^^^^^^^^^^^^^^^^^^^
ON AUGUST 08, 2012 THE COMPLAINANT SUBMITTED A SWORN STATEMENT AT THE WESTSIDE
FVU OFFICE.

BRIEF SYNOPSIS:
^^^^^^^^^^^^^^^
UPON LEAVING HOME DEPOT SHOPPING YESTERDAY, I NOTICED MY EX-FASTLY APPROACHING
ME FROM LIKE 2 CARS AWAY. I WAS THINKING ABOUT WHAT TO DO AND BEFORE I KNEW IT
HE WAS RASCLING ME AND YELLING AT ME. SO I PANICKED BECAUSE THE KEYS HE WAS
TRYING TO GET OUT OF MY HANDS WAS HURTING, SO I PULLED HIS HANDS AND BIT THE
BACKSIDE OF HIS HAND. HE PULLED AWAY FROM ME.  A CAUCASIAN GUY APPROACHED ME IN
THE PARKING LOT SECONDS LATE. HE APOLOGIZED AND ASKED ME WHY DID THIS HAPPEN.
HIS NAME WAS ANDY AND HE GAVE ME HIS CELL-███████████).  I CALLED THE COPS
ONCE I GOT BACK INSIDE THE STORE. THEY TOOK A REPORT. MY MOM & AUNT ARRIVED
SHORTLY & BROUGHT MY SPARE KEYS AND WE ALL LEFT AND WENT BACK TO MY APT.

THIS STATEMENT WAS NOTARIZED BY INV. F.C. MARTINEZ.

*******************************************************************************

FOLLOW UP INVESTIGATION:

PHONE INTERVIEW OF WITNESS ANDY BRAY.
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
BRIEF SYNOPSIS:
^^^^^^^^^^^^^^^^^
I SPOKE TO THE WITNESS "ANDY" THAT THE COMPLAINANT LISTED IN HER SWORN
STATEMENT.
HE STATED HIS LAST NAME (BRAY) BUT DID NOT WANT TO SUBMIT ANY MORE INFORMATION
AND HE WOULD ACCEPT PHONE CALLS IF NECESSARY.
HE WILL BE ENTERED AS WITNESS #3.
DO NOT SEE MAN HIT
HE STATED, "SHE CHECKED OUT BEFORE ME AND SHE WAS WALKING OUT AND I OBSERVED
HER STRUGGLING WITH A BLACK MALE AND AS I RAN OVER HE MUST HAVE GOTTEN WHAT HE
WANTED AS HE RAN OFF". late w5 m9 3u5
THIS WITNESS DESCRIBED THE SUSPECT AS A SLENDER MALE WHO APPEARED TO BE 5'10"
TO 6' AND IN HIS MID-20'S, AND HE MAY HAVE BEEN WEARING A HAT.
HE STATED, "I SAW PUSHING AND SHAKING HER AND HE RIPPED THE KEY OUT OF HER
HAND. HE DID SHOVE HER BACKWARDS AND I DID NOT SEE HIM PUNCH HER".
CRIMINAL HISTORY:
^^^^^^^^^^^^^^^^^^^^
SUSPECT- BENEDICT CHINONSO EMESOWUM
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
NO HPD HISTORY

SUPPLEMENT(S)

No-0001

Offense- ASSAULT (CONTACT)/BY HANDS, FEET, FISTS, E(FV)
                        Street location information
Number-    5445 Name-WEST LP S             Type-        Suffix-
Apt no-       Name-05401                   Type-        Suffix-
Date of offense-08/07/12             Date of supplement-08/08/12
Compl(s) Last-MORGAN      First-CHRISTMAS  Middle-EVE
           Last-
                   Recovered stolen vehicles information
 Stored-                   by-                   Ph#- (000) 000-0000
 Officer1-FC MARTINEZ      Emp#-█████ Shift-1 Div/Station-SCD/FVU

                      SUPPLEMENT NARRATIVE

AUG 8, 2012
------------------------------
I WAS WORKING THE CENTRL FV INTAKE DESK ON THIS DATE, WHEN THE COMPL CHRISTMAS
MORGAN WALKED IN AND SAID SHE WANTED TO PURSUE CHARGES AGAINST HER EX-FIANCE,
BENEDICT EMESOWUM. SHE SAID THAT SHE HAD BEEN IN THE PARKING LOT OF A "HOME DE-
POT" WHEN HE HAD SUDDENLY COME UP AND GRABBED HER KEYS. SHE SAID THAT ALL SHE
REMEMBERS IF HER BITING HIS HAND/WRIST, TRYING TO GET HIM TO TURN LOOSE OF THEM.
SHE SAID THAT SHE DOES NOT RECALL BEING STRUCK BY THE SUSPECT, BUT THAT SOME OF
THE MEN WHO HAD BEEN THERE HAD TOLD HER THAT THEY HAD SEEN THE SUSPECT HIT HER.

I TOLD HER THAT I WOULD NEED A WRITTEN STATEMENT FROM HER AND ADVISED HER ABOUT
THE PERJURY CLAUSE. SHE SAID THAT SHE UNDERSTOOD AND WROTE HER STATEMENT. AFTER-
WARD SHE MET WITH FVC CASTILLO WHO PROVIDED HER WITH INFORMATION AND EDUCATION
CONCERNING LEGAL OPTIONS, SHELTERS, PROTECTIVE ORDERS, AND THE CYCLE OF VIOLENCE

SHE THEN LEFT THE OFFICE. I HAD NOT OBSERVED AND VISIBLE INJURIES ON THE COMPL
AND SHE SAID THAT SHE WAS NOT HURTING. CASE TO BE FORWARDED TO A CENTRAL FV SU-
PERVISOR FOR ASSIGNMENT.


CASE DISPOSITION (MARK ONLY ONE CATEGORY) ANY SUSPECTS MUST BE LISTED ON PAGE 9
 _ ARRESTED AND CHARGED IN THIS CASE (INCLUDES JUVENILES ARRESTED AND REFERRED)
 _ ARRESTED AND CHARGED IN OTHER CASES (BUT NOT THIS CASE)
 _ EXCEPTIONAL CLEARANCES -- MUST HAVE THE FOLLOWING CONDITIONS IN NARRATIVE:
    IDENTITY OF OFFENDER IS ESTABLISHED, AND ENOUGH INFORMATION EXISTS TO
    SUPPORT AN ARREST, CHARGE, AND PROSECUTION, AND EXACT LOCATION OF THE
    OFFENDER IS KNOWN, AND THERE IS SOME REASON BEYOND LAW ENFORCEMENT CONTROL
    THAT PROHIBITS THE ARREST AND/OR CHARGING OF THE OFFENDER (MARK ONLY ONE).
 _ LACK OF PROSECUTION BY A D. A. FOR NON-EVIDENTIARY REASON
 _ LACK OF PROSECUTION BY COMPLAINANT _ ORAL CONFESSION WITH MINIMAL EVIDENCE
 _ MINOR OFFENSE (JUVENILE ONLY)       _ DEATH OF DEFENDANT
 _ OTHER
 UNFOUNDED _ INACTIVE      CLEARED BY INVESTIGATION (INVESTIGATION CASES ONLY)
 X CASE OPEN AND ACTIVE INVESTIGATION CONTINUING&&&&

# EXHIBIT C

Supplement entered by = ▓▓▓▓
Report reviewed by-MARTI ▓▓▓▓          Employee number-▓▓▓▓
Date cleared- 09/28/12

No-0002

Offense- ASSAULT (CONTACT)/BY HANDS, FEET, FISTS, E(FV)
                    Street location information
Number-    5445 Name-WEST LP S              Type-      Suffix-
Apt no-      Name-05401                      Type-     Suffix-
Date of offense-08/07/12          Date of supplement-08/13/12
Compl(s) Last-MORGAN        First-CHRISTMAS  Middle-EVE
          Last-
                    Recovered stolen vehicles information
  Stored-                    by-              Ph#- (000) 000-0000
  Officer1-DR DANIEL III          Emp#-▓▓▓▓ Shift-1 Div/Station-SCD FVU

                    SUPPLEMENT NARRATIVE


INTRODUCTION:
^^^^^^^^^^^^
ON MONDAY, AUGUST 13, 2012, I, INVESTIGATOR D.R. DANIEL, OF THE HOUSTON POLICE
DEPARTMENT'S SPECIAL CRIMES DIVISION'S FAMILY VIOLENCE UNIT, WAS ASSIGNED THIS
#1 CASE BY SGT. TYSON FOR A FOLLOW UP INVESTIGATION.

*****************************************************************************

CONTACT:
^^^^^^^
I CALLED THE COMPLAINANT AND SHE STATED THAT SHE HAS BRUISES ON HER THIGH, LEG
AND ANKLE, AND DOES NOT KNOW HOW SHE GOT THE INJURIES. SHE STATED SHE BROKE
THREE (3) FINGERNAILS WHEN THE SUSPECT PULLED THE KEYS TO HER CAR AWAY FROM HER.
SHE STATED THAT THEY WERE TO GET MARRIED AND WHEN SHE CALLED IT OFF, HE HAS
BECOME ANGRY. SHE STATED SHE WAS ABLE TO MOVE SOME ITEMS OUT BUT THEN HE CHANGED
THE LOCKS AND COULD NOT GET ALL OF HER PROPERTY OUT INCLUDING SOME ITEMS SHE
KEPT OF HER DEAD SON.

THE STATE OF TEXAS                          02427803
VS.

OMOLOLUI JAMES OMAGBEMI          SPN:
2909 HAYES RD #411                        DOB: BM 9/25/83
HOUSTON, TX 77077                         DATE PREPARED: 1/5/2011

NCIC CODE: 1314 14                        RELATED CASES:

FELONY CHARGE: Assault - Family Violence - 2nd Offender
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          1290927
FIRST SETTING DATE:                       228

D.A. LOG NUMBER: 1710090
CJIS TRACKING NO.:
BY: HR DA NO: 00235973
AGENCY: HPD
O/R NO: 180734910V
ARREST DATE: TOBE

BAIL: $NO BOND
PRIOR CAUSE NO:

02427803
228

FILED
Chris Donel
District Clerk
JAN 15 2011
Time:
By

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, OMOLOLUI JAMES OMAGBEMI hereafter styled the Defendant, heretofore on or about DECEMBER 29, 2010, did then and there unlawfully intentionally and knowingly cause bodily injury to CHRISTMAS MORGAN, hereafter styled the Complainant, a member of the Defendant's family AND a member of the Defendant's household, by STRIKING THE COMPLAINANT WITH HIS HAND.

It is further presented that in Harris County, Texas, OMOLOLUI JAMES OMAGBEMI, hereafter styled the Defendant, heretofore on or about DECEMBER 29, 2010, did then and there unlawfully intentionally and knowingly cause bodily injury to CHRISTMAS MORGAN, hereafter styled the Complainant, a member of the Defendant's family AND a member of the Defendant's household, by BITING THE COMPLAINANT.

It is further presented that before the commission alleged above, the Defendant, on APRIL 23, 2010, in the COUNTY CRIMINAL COURT AT LAW NO. 7 of HARRIS County, Texas, in Cause No. 1655507, was convicted of ASSAULT which was committed against a member of the Defendant's family.

Probable Cause

Your affiant D. R. Daniel, III is a certified Peace Officer with the Houston Police Department's Special Crimes Division's Family Violence Unit. Your affiant does believe that OMOLOLUI OMAGBEMI, hereafter referred to as Defendant, committed the FELONY OFFENSE of ASSAULT FAMILY MEMBER SECOND OFFENDER, on December 29, 2010, in Houston, Harris County, Texas.

Your affiant beliefs are based on the following:

Your Affiant reviewed Houston Police Department's report # 180734910-V, written by Officer D. Scott, where Christmas Eve Morgan hereafter referred to as Complainant, states on December 29, 2010, at her residence located at 6220 Fairdale in Houston, Harris County, Texas, the Defendant who she knows by name and sight as her ex-boyfriend, dragged her into her parked Chevrolet Cavalier and began to assault her.

The Complainant stated in said police report, sworn statement and during a phone interview with your affiant who he found to be creditable and reliable, she returned from a club and drove up to her apartment complex when the Defendant walked up to her as she was exiting her car. The Complainant stated the Defendant broke a window on her car and then pulled her into her car. She stated because she was pulled into the car she got scrapes on her legs, knees and chins. She stated the Defendant began to driver her car away from the area and bit her on her back and struck her in the head with his fist. The Complainant stated after the assault, the Defendant stopped the car near the intersection of San Felipe and S. Post Oak in Houston, Harris County, Texas and ran off. During this interview, the Complainant stated that the injuries were painful.

Several hours later, the Complainant drove out to the Houston Police Department's Westside Command Station located at 3200 S. Dairy Ashford in Houston Harris County, Texas and pictures of her injuries were taken while she submitted a sworn statement.

Your affiant obtained a copy of the injuries and he observed scratches on both legs, a large bruise on the left side of her head and a large bite mark that was still red on her back near her left shoulder blade. These pictures are consistent with the police report, sworn statement and interview statements by the Complainant.

Certified Document Number 47366168 - Page 1 of 2

18